UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCY ROBERTSON,

    Petitioner,

    v.

JAMES WALKER,

    Respondent.

_____/

No. C 10-2633 PJH

**ORDER RE: SUPPLEMENTATION OF RECORD**

On June 16, 2010, petitioner Quincy Robertson ("Robertson"), a state prisoner, filed a second and successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as authorized by the Ninth Circuit Court of Appeals' June 15, 2010 order. The matter is fully briefed, and having reviewed the briefs and the record, the court concludes that two documents were not included in the record that are necessary for this court's consideration of the petition.

Respondent argues that pursuant to the California Supreme Court's October 14, 2009 summary denial, the state supreme court concluded that its decision in *People v. Chun*, 45 Cal.4th 1172 (2009), in which it overruled its prior decision in this case, *People v. Robertson*, 34 Cal.4th 156 (2004), did not apply retroactively. In support, respondent attached a printout of the state supreme court's docket sheet. The court, however, requires a copy of the actual summary denial order. Additionally, the court requires a copy of a

Robertson's May 8, 2009 habeas petition filed with the state court.

Respondent is ORDERED to supplement the record with those two documents within **seven** days of the date of this order.

**IT IS SO ORDERED.**

Dated: August 2, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge