1  JULIANA DROUS
   Attorney at Law - SBN #92156
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Telephone: (415) 863-3580
   Fax: (415) 255-8631
4  Email: jdrous@msn.com

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
   QUINCY ROBERTSON,                    Case No. C 10-2633 PJH
9
                Petitioner,
10                                      (Proposed) AMENDED ORDER
         vs.                            APPOINTMENT OF COUNSEL
11
   JAMES WALKER,
12
                Respondent.
13

14       Good cause appearing, IT IS HEREBY ORDERED, that Juliana Drous is appointed, nunc pro

15  tunc to September 19, 2011, to represent petitioner Quincy Robertson.

16

17  Dated:   November 28, 2011

18                                      _____
                                        PHYLLIS J. HAMILTON
19                                      United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

20

21

22

23

24

25

26

27

28

ORDER: APPOINTMENT OF COUNSEL                                                                 1