UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCY ROBERTSON,

    Petitioner,

    v.

D.L. RUNNALS, Warden,

    Respondent.
_____/

No. C 10-2633 PJH

**JUDGMENT**

The court having entered a ruling today dismissing the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: April 13, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge