United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCY ROBERTSON,

    Petitioner,

    v.

JAMES WALKER,

    Respondent.

_____/

No. C 10-2633 PJH

**ORDER SETTING BRIEFING SCHEDULE FOLLOWING REMAND**

Pursuant to the mandate of the Ninth Circuit Court of Appeals remanding the second-in-time petition for writ of habeas corpus, filed June 16, 2010, to be construed as a motion under Federal Rule of Civil Procedure 60(b)(6) for reconsideration of the denial of the original federal habeas petition, the court issues the following briefing schedule:

No later than **twenty-eight days** from the date of this order, petitioner Quincy Robertson shall file an opening brief in support of a motion for reconsideration pursuant to Rule 60(b)(6), addressing the factors to establish "extraordinary circumstances" for relief as set forth in *Phelps v. Alameida*, 569 F.3d 1120 (9th Cir. 2009):

    (1) whether the change in law "upset or overturned a settled legal principle;"

    (2) whether Robertson was diligent in seeking relief; (3) the extent of the parties reliance interest in the finality of the case; (4) the closeness of the "relationship between the underlying decision and the now controlling precedent;" and (5) considerations of comity.

Oct. 25, 2013 slip op. at 4 (citing *Phelps*, 569 F.3d at 1135-40). Petitioner's brief shall address an additional factor for consideration articulated by the court in *Phelps*, "delay between the finality of the judgment and the motion for Rule 60(b)(6) relief," which

"represents the simple principle that a change in the law should not indefinitely render preexisting judgments subject to potential challenge." *Phelps*, 569 F.3d at 1138 (citation omitted).  This factor addresses "the strong public interest in timeliness and finality," and "is similar, although not identical, to the second [ ] factor, which emphasizes the petitioner's diligence in challenging on appeal the judgment he now seeks to overturn." *Id.* (citation omitted).

Respondent shall file an opposition to the motion for reconsideration no later than **twenty-eight days** after the opening brief is filed.  Petitioner may file a reply **fourteen days** after the opposition is filed.  The motion will be decided on the papers without a hearing unless the court determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated:   January 14, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge